UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL L. OVERTON, C47370,

Plaintiff,

v.

ATASCADERO STATE HOSPITAL CANTEEN MANAGER, et al.,

Defendant(s).

Case No. 18-cv-02586-CRB (PR)

**ORDER OF TRANSFER**

Plaintiff, a state prisoner currently in the custody of the California Department of State Hospitals, has filed a pro se complaint under 42 U.S.C. § 1983 alleging denial of access to canteen item at Atascadero State Hospital. A substantial part of the events or omissions giving rise to the claim(s) occurred, and the defendants named reside, in the County of San Luis Obispo, which lies within the venue of the Central District of California, Western Division. See 28 U.S.C. § 84(c)(2). Venue therefore properly lies in the Central District, Western Division. See id. § 1391(b).

Accordingly, IT IS ORDERED that, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action be TRANSFERRED to the United States District Court for the Central District of California, Western Division.

The clerk shall transfer this matter forthwith.

**IT IS SO ORDERED**.

Dated: May 4, 2018

_____
CHARLES R. BREYER
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL L. OVERTON,<br><br>    Plaintiff,<br><br>    v.<br><br>ATASCADERO STATE HOSPITAL CANTEEN,<br><br>    Defendant. | Case No. 3:18-cv-02586-CRB<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 4, 2018, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Michael L. Overton ID: #068458-9
Atascadero State Hospital
P.O. Box 7001
Unit 31
Atascadero, CA 93423-7001

Dated: May 4, 2018

                              Susan Y. Soong
                              Clerk, United States District Court

                              By:_____
                              Lashanda Scott, Deputy Clerk to the
                              Honorable CHARLES R. BREYER